■ PATRICIA FORGIONES REALTY NETWORK, INC., Respondent, v DOUGLAS F. LICURSI et al., Defendants, and SAM NAKHLEH, Appellant. JACOB ROLLINGS, Nonparty Appellant. [848 NYS2d 895]—Appeal by the defendant Sam Nakhleh and nonparty Jacob Rollings, as limited by their brief, from stated portions of an order of the Supreme Court, Westchester County (Nastasi, J.), entered December 15, 2006.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Nastasi in the Supreme Court. Crane, J.P., Fisher, Ritter, Covello and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GREEN, Appellant. [848 NYS2d 883]—Appeal by the defendant from an order of the County Court, Westchester County (Bellantoni, J.), entered August 23, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination to designate him a level three sex offender is supported by clear and convincing evidence, and thus, should not be disturbed (see Correction Law § 168-n [3]; People v Leeks, 43 AD3d 1251, 1252 [2007]; People v Davenport, 38 AD3d 634, 635 [2007]). Furthermore, the defendant failed to present clear and convincing evidence of the existence of mitigating factors warranting a downward departure from his presumptive risk level (see People v Adams, 44 AD3d 1020 [2007]; People v Williams, 34 AD3d 662 [2006]; People v Lombard, 30 AD3d 573, 574 [2006]; People v Davis, 26 AD3d 364 [2006]; People v Dexter, 21 AD3d 403, 404 [2005]). Mastro, J.P., Covello, Angiolillo and Carni, JJ., concur.